UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-362 ADM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RANDY LEE BENAIS,<br>Defendant,<br>JOHN MORRELL & COMPANY,<br>Garnishee. | ) | **FINAL ORDER IN GARNISHMENT** |

The parties stipulated to a $125 to be withdrawn from defendant's wages monthly. A copy of the Stipulation for Final Order in Garnishment is on file with the Clerk of Court. Defendant has waived his right to a hearing as to this garnishment action.

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff $125 per month of the debtor's disposable earnings, by sending a check or money order made payable to the "Clerk, U.S. District Court" monthly in care of the Clerk, U.S. District Court, Room 202, 300 South Fourth Street, Minneapolis, Minnesota 55415, until such time as the entire debt in this matter, is paid in full; and

IT IS FURTHER ORDERED that the payments to be made by the garnishee under this garnishment be drawn and sent to the plaintiff monthly as they become due and owing.

BY THE COURT:

s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated: August 12, 2005.