UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-362 ADM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RANDY LEE BENAIS,<br>Defendant,<br>JOHN MORELL & COMPANY,<br>Garnishee. | NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT |

TO: Randy Lee Benais, the judgment debtor, and
John Morell & Company, Garnishee.

Pursuant to 28 U.S.C. § 3205(c)(9)(A), you, the judgment debtor and the garnishee, are hereby notified of the annual accounting of the garnishment of defendant, Randy Lee Benais.

A Stipulation for Final Order in Garnishment was signed by the garnishee and by the judgment debtor on or about August 8, 2005. Based upon the Stipulation, the garnishee had, in its possession and under its control, personal property belonging to and due the judgment debtor in the form of wages.

The garnishee has withheld the sums from the judgment debtor's disposable earnings each month, pursuant to the garnishment order, reflected on the attached Payment History.

Dated: June 5, 2006

Respectfully submitted,

RACHEL K. PAULOSE
United States Attorney

s/ M. Trippler

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600