PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 31-MAY-2006

FOR: 2002Z00444/002

DEBTOR: Benais, Randy Lee

COURT NUMBER: 01-362 ADM

PRIORITY CODE: 02

CURRENT LIABILITY BALANCE: $1,809.86

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0002 | PMNT | 6B | 03-APR-2003 | OT/A | | | BOP | | $25.00 | 30-MAY-2003 |
| 0003 | PMNT | 6B | 05-JUN-2003 | DJ/J | BOP | | BOP | | $65.00 | 11-JUL-2003 |
| 0004 | PMNT | 6B | 09-SEP-2003 | CL/A | Benais | | BOP | | $100.00 | 20-OCT-2003 |
| 0005 | PMNT | 6B | 05-DEC-2003 | CL/A | BOP | | | | $83.00 | 15-JAN-2004 |
| 0007 | PMNT | 6B | 12-APR-2004 | CL/A | Benais | | 400273483 | | $100.00 | 12-APR-2004 |
| 0009 | PMNT | 6B | 17-MAY-2004 | CL/A | Benais | | 400274308 | | $100.00 | 18-MAY-2004 |
| 0012 | PMNT | 6B | 19-JUL-2004 | CL/A | Benais | | 400275604 | | $200.00 | 19-JUL-2004 |
| 0013 | PMNT | 6B | 04-OCT-2004 | CL/A | | | 400276984 | | $200.00 | 04-OCT-2004 |
| 0014 | PMNT | 6B | 06-DEC-2004 | CL/A | Benais | | 400278053 | | $200.00 | 15-DEC-2004 |
| 0015 | PMNT | 6B | 22-FEB-2005 | CL/A | Benais | | 400280763 | | $200.00 | 22-FEB-2005 |
| 0016 | PMNT | 6B | 29-AUG-2005 | CL/A | Randy | | 286655 | | $57.70 | 31-AUG-2005 |
| 0017 | PMNT | 6B | 26-SEP-2005 | CL/A | Randy | | 437442 | | $115.40 | 27-SEP-2005 |
| 0018 | PMNT | 6B | 31-OCT-2005 | CL/A | Randy Benais | | 288925 | | $144.25 | 03-NOV-2005 |
| 0019 | PMNT | 6B | 28-NOV-2005 | CL/A | Randy Benais | | 289811 | | $115.40 | 29-NOV-2005 |
| 0020 | PMNT | 6B | 03-JAN-2006 | CL/A | Randy Benais | | 290435 | | $144.25 | 04-JAN-2006 |
| 0021 | PMNT | 6B | 27-JAN-2006 | CL/A | Randy Benais | | 291061 | | $115.40 | 01-FEB-2006 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0022 | PMNT | 6B | 27-FEB-2006 | CL/A | Randy Benais | 4641001497 | $115.40 | 06-MAR-2006 |
| 0023 | PMNT | 6B | 03-APR-2006 | CL/A | Benais | 4641002471 | $144.25 | 10-APR-2006 |
| 0024 | PMNT | 6B | 03-MAY-2006 | CL/A | John Morrell Co | 4641003348 | $115.40 | 04-MAY-2006 |

Total Payments for Debtor: $2,340.45