CERTIFICATE OF SERVICE BY MAIL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RANDY LEE BENAIS,<br>Defendant. | Criminal No. 01-362 ADM |

I hereby certify that on June 8, 2006, I served, or caused to be served, the following documents:

NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Randy Lee Benais
XXXXX
XXXXX
Sioux Falls, SD 57104

John Morrell & Company
Attn: Payroll Representative
P.O. Box 5266
Sioux Falls, SD 57117

s/ Muriel Holland