UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-362 ADM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RANDY LEE BENAIS,<br>Defendant,<br>JOHN MORRELL & COMPANY,<br>Garnishee. | NOTICE OF FINAL ACCOUNTING OF GARNISHMENT OF DEFENDANT |

TO: Randy Lee Benais, the judgment debtor, and
John Morrell & Company, Garnishee.

Pursuant to 28 U.S.C. § 3205(c)(9)(A), you, the judgment debtor and the garnishee, are notified of the final accounting of the garnishment of defendant, Randy Lee Benais. Pursuant to the Writ of Garnishment and order of the Court, the garnishee has withheld the sums reflected on the attached payment history.

If you, the judgment debtor or the garnishee, object to this final accounting, you must file: (1) a written objection, stating the grounds for objection, and (2) a request for a hearing, within 10 days from the date you receive this final accounting, with the Clerk of Court, United States District Court, 202 United States Courthouse Building, 300 South Fourth Street, Minneapolis, Minnesota 55415. The court shall hold a hearing on the objection within 10 days after receipt of the request for a hearing, or as soon thereafter as is practicable. 28 U.S.C. § 3205(c)(9)(B).

A Satisfaction of Monetary Imposition has been filed with the Clerk of Court. Documents and information necessary to lift the liens placed as a result of this judgment, are herewith being supplied to the judgment debtor.

Dated: *July 24, 2007*

Respectfully submitted,

RACHEL K. PAULOSE
United States Attorney

*s/M. Tripper*

BY: MARY TRIPPLER
Assistant U. S. Attorney
Attorney ID No. 110887