PAYMENT HISTORY REPORT

RUN DATE: 24-JUL-2007 FOR: 2002Z00444/002 PAGE: 1 OF 2

DEBTOR: Benais, Randy Lee

COURT NUMBER: 01-362 ADM

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | TRANS # | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0016 | PMNT | 6B | 29-AUG-2005 | CL/A | Randy | | 286655 | | | $57.70 | 31-AUG-2005 |
| 0017 | PMNT | 6B | 26-SEP-2005 | CL/A | Randy | | 437442 | | | $115.40 | 27-SEP-2005 |
| 0018 | PMNT | 6B | 31-OCT-2005 | CL/A | Randy Benais | | 288925 | | | $144.25 | 03-NOV-2005 |
| 0019 | PMNT | 6B | 28-NOV-2005 | CL/A | Randy Benais | | 289811 | | | $115.40 | 29-NOV-2005 |
| 0020 | PMNT | 6B | 03-JAN-2006 | CL/A | Randy Benais | | 290435 | | | $144.25 | 04-JAN-2006 |
| 0021 | PMNT | 6B | 27-JAN-2006 | CL/A | Randy Benais | | 291061 | | | $115.40 | 01-FEB-2006 |
| 0022 | PMNT | 6B | 27-FEB-2006 | CL/A | Randy Benais | | 4641001497 | | | $115.40 | 06-MAR-2006 |
| 0023 | PMNT | 6B | 03-APR-2006 | CL/A | Benais | | 4641002471 | | | $144.25 | 10-APR-2006 |
| 0024 | PMNT | 6B | 03-MAY-2006 | CL/A | John Morrell Co | | 4641003348 | | | $115.40 | 04-MAY-2006 |
| 0025 | PMNT | 6B | 30-MAY-2006 | CL/A | John Morrell | | 44641004033 | | | $115.40 | 01-JUN-2006 |
| 0026 | PMNT | 6B | 03-JUL-2006 | GC/H | John Morrell | | 5094 | | | $144.25 | 06-JUL-2006 |
| 0027 | PMNT | 6B | 31-JUL-2006 | CL/A | John Morrell and Co | | 4-5756 | | | $115.40 | 03-AUG-2006 |
| 0028 | PMNT | 6B | 01-SEP-2006 | CL/A | Randy | | 4641006537 | | | $86.55 | 05-SEP-2006 |
| 0029 | PMNT | 6B | 05-OCT-2006 | GC/H | John Morrell Co | | 4-7438 | | | $115.40 | 10-OCT-2006 |
| 0030 | PMNT | 6B | 30-OCT-2006 | GC/H | John Morrell and Co | | 4-8022 | | | $133.85 | 31-OCT-2006 |
| 0031 | PMNT | 6B | 04-DEC-2006 | GC/H | John Morrell | | 4-8868 | | | $175.00 | 05-DEC-2006 |
| 0032 | PMNT | 6B | 03-JAN-2007 | GC/H | John Morrell | | 4-9602 | | | $140.00 | 04-JAN-2007 |
| 0033 | PMNT | 6B | 29-JAN-2007 | GC/H | John Morrell and Co. | | 0302 | | | $140.00 | 30-JAN-2007 |

PAYMENT HISTORY REPORT

RUN DATE: 24-JUL-2007 FOR: 2002Z00444/002 

DEBTOR: Benais, Randy Lee

COURT NUMBER: 01-362 ADM

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | TRANS # | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0034 | PMNT | 6B | 28-FEB-2007 | GC/H | John Morrell and Co. | | 11298 | | | $140.00 | 01-MAR-2007 |
| 0035 | PMNT | 6B | 30-MAR-2007 | GC/H | John Morrell | | 4-2051 | | | $175.00 | 03-APR-2007 |
| 0036 | PMNT | 6B | 30-APR-2007 | GC/H | John Morell Co | | 4-2762 | | | $140.00 | 01-MAY-2007 |
| 0037 | PMNT | 6B | 04-JUN-2007 | GC/H | John Morrell | | 4-3621 | | | $159.01 | 05-JUN-2007 |
| 0037 | PMNT | 9 | 04-JUN-2007 | GC/H | John Morrell | | 4-3621 | | | $15.99 | 05-JUN-2007 |
| 0038 | PMNT | 9 | 08-JUN-2007 | GC/H | John Morrell | | 4-3763 | | | $14.01 | 12-JUN-2007 |